# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH
# CRIMINAL ACTION NO. 5:11CR-23-R

UNITED STATES OF AMERICA                                   PLAINTIFF

v.

RONALD C. MORRIS                                               DEFENDANT

## MEMORANDUM AND ORDER

Defendant Ronald C. Morris filed two *pro se* letters asking for credit for "my days I spent in federal custody at the Christian County Jail in Hopkinsville Ky 2003 Aug until at least November 20th [2003]" (DNs 20 & 21).

Under 18 U.S.C. § 3585(b), "[a] district court may review the BOP's calculation, but may not compute sentencing credit in the first instance, for it is the Attorney General [through the BOP], not the court, who has the authority to calculate sentence credits for time served before sentencing." *United States v. Singh*, 52 F. App'x 711, 712 (6th Cir. 2002) (citing *United States v. Wilson*, 503 U.S. 329, 333 (1992)). Because the Court is without jurisdiction to order jail credit, **IT IS ORDERED** that Defendant's request for such relief (DNs 20 & 21) is **DENIED**.

A prisoner, however, "may seek judicial review of the computation of this credit under 28 U.S.C. § 2241 . . . after he has sought administrative review and has exhausted all of his administrative remedies" through the BOP. *United States v. Dowell*, 16 F. App'x 415, 420 (6th Cir. 2001). Should Defendant desire to file a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2241, the **Clerk of Court is DIRECTED** to send him a packet for filing such an action.

Date:


cc: Defendant, *pro se*
 Counsel of Record
4413.005